07 CV 5628

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHINIQIA INTERNATIONAL SHIPPING LLC,<br><br>Plaintiff,<br><br>-against-<br><br>ISARGOSTARAN FAJR CONTAINER COOPERATION CO. (IFCOC) a/k/a ISAAR GOSTARAAN FAJR, CONTAINER OPERATION COOPERATIVE CO.<br><br>Defendant. | 07 CV<br><br>RULE 7.1 STATEMENT |

JUDGE STEIN



PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, PHINIQIA INTERNATIONAL SHIPPING LLC, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of PHINIQIA INTERNATIONAL SHIPPING LLC.

Dated: New York, NY

June 13, 2007

                                         Respectfully submitted,

                                         MAHONEY & KEANE, LLP.
                                         Attorneys for Plaintiff
                                         **PHINIQIA INTERNATIONAL SHIPPING LLC**

By: _____
Edward A. Keane, Esq. (EK 1398)
111 Broadway, 10th Floor
New York, NY 10006
Tel. (212) 385-1422
Fax (212) 385-1605
Our File No. 67/3404

- 2 -

## SERVICE LIST

ISARGOSTARAN FAJR CONTAINER
COOPERATION CO. (IFCOC) a/k/a ISAAR
GOSTARAAN FAJR, CONTAINER
OPERATION COOPERATIVE CO.
Sanaa'i St. 6th Valley, No 41
Tehran, IR Iran

ISARGOSTARAN FAJR CONTAINER
COOPERATION CO. (IFCOC) a/k/a ISAAR
GOSTARAAN FAJR, CONTAINER
OPERATION COOPERATIVE CO.
Number 8 Malek Avenue, Second Floor,
Tehran, Iran.

ISARGOSTARAN FAJR CONTAINER
COOPERATION CO. (IFCOC) a/k/a ISAAR
GOSTARAAN FAJR, CONTAINER
OPERATION COOPERATIVE CO.
Kilometer 9 Saveh Road
Tehran, Iran.