STEIN, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHINIQIA INTERNATIONAL SHIPPING LLC,

    Plaintiff,

-against-

ISARGOSTARAN FAJR CONTAINER COOPERATION CO. (IFCOC) a/k/a ISAAR GOSTARAAN FAJR, CONTAINER OPERATION COOPERATIVE CO.

    Defendant.

07 CV 5628 SHS

**EX PARTE** ORDER FOR PROCESS OF MARITIME ATTACHMENT

    WHEREAS, on June 13, 2007, Plaintiff PHINIQIA INTERNATIONAL SHIPPING LLC. ("PHINIQIA" or "Plaintiff"), filed a Verified Complaint herein against Defendant ISARGOSTARAN FAJR CONTAINER COOPERATION CO. (IFCOC) a/k/a ISAAR GOSTARAAN FAJR, CONTAINER OPERATION COOPERATIVE CO. ("IFCOC") for damages in the amount of **$1,697,730.15 (one million, six hundred ninety-seven thousand, seven hundred thirty dollars and fifteen cents)**, exclusive of interest, costs and reasonable attorney's fees, and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and

    WHEREAS, the Process of Maritime Attachment and Garnishment would command the United States Marshal or other designated process server attach any and all of Defendant IFCOC's property within the District of this court; and

WHEREAS, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

ORDERED, that process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for Defendant, IFCOC, or any other similarly named corporations, by any garnishees within this District, including but not limited to Bank of America, Bank of New York, Citibank N.A., HSBC Bank USA NA, J.P. Morgan Chase, Standard Chartered Bank, Siam Commercial Bank, Wachovia Bank N.A., Deutsche Bank AG, ABN AMRO Bank NV, and/or DBS Bank Ltd., in the amount of **$1,697,730.15 (one million, six hundred ninety-seven thousand, seven hundred thirty dollars and fifteen cents)** pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and it is further

ORDERED, that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to this Court, be entitled to a prompt hearing at which Plaintiff shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted, and it is further

ORDERED, that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court, and it is further

ORDERED, that following initial service by the United Stated Marshal or other designated process served upon such garnishee, that supplemental or subsequent service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or written consent, by or e-mail to each garnishee ~~and that such garnishee personally served shall furnish to Plaintiff's counsel, the U.S. Marshal or designated process server a facsimile number or e-mail address to which supplemental and/or subsequent services may be made or~~ other verifiable electronic means, including or written consent, by e-mail, if transmitted from within the District shall be deemed to have been made within the district; and it is further

ORDERED, that service on any garnishee as described above is deemed effective continuous services throughout the day from the time of each service through the opening of

the garnishee's business the next business day, and it is further

ORDERED, that pursuant to Federal Rule of Civil Procedure (5(b)(2)(D) each garnishee may consent in writing to accept service by any other means, and it is further

ORDERED, that a copy of this Order be attached to and served with said process of maritime Attachment and Garnishment.

NOW, on reading and filing the Affidavit of EDWARD A. KEANE, sworn to on June 13, 2007, and good cause having been shown, it is hereby

FURTHER ORDERED, that Edward A. Keane, Cornelius A. Mahoney, Garth S. Wolfson, Jorge A. Rodriguez, Marie Cush, or any other partner, associate, paralegal or other agent of MAHONEY & KEANE, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon garnishee(s) Bank of America, Bank of New York, Citibank N.A., HSBC Bank USA NA, J.P.Morgan Chase, Standard Chartered Bank, Siam Commercial Bank, Wachovia Bank N.A., Deutsche Bank AG, ABN AMRO Bank NV and/or DBS Bank Ltd., together with any other garnishee(s) who (based upon information developed subsequent hereto by Plaintiff) may hold assets of, for, or on behalf of Defendant IFCOC.

Dated: New York, New York

June 13, 2007

_____
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHINIQIA INTERNATIONAL SHIPPING LLC,<br><br>  Plaintiff,<br><br>-against-<br><br>ISARGOSTARAN FAJR CONTAINER COOPERATION CO. (IFCOC) a/k/a ISAAR GOSTARAAN FAJR, CONTAINER OPERATION COOPERATIVE CO.<br><br>  Defendant. | 07 CV<br><br>AFFIDAVIT IN SUPPORT OF<br>PRAYER FOR ATTACHMENT<br>AND GARNISHMENT |

STATE OF NEW YORK    :
                     : SS.:
COUNTY OF NEW YORK   :

EDWARD A. KEANE, being duly sworn, deposes and says:

1. I am a member of the bar of this Honorable Court and a partner with the firm of MAHONEY & KEANE, LLP, attorneys for Plaintiff herein. I am familiar with the circumstances of the Complaint filed in this action and the underlying cause of action.

2. I make this Affidavit in support of Plaintiff, PHINIQIA INTERNATIONAL SHIPPING LLC's ("PHINIQIA" or "Plaintiff") prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure [hereinafter "Rule B"].

3. I have made an investigation and am informed and believe based upon the

- 1 -

Rule B.

       7.     I submit that Defendant IFCOC cannot be found within this District within the meaning of Rule B including, <u>inter alia</u>, the continuous or systematic conduct of business in this district.

       8.     Upon information and belief, Defendant IFCOC has or will have during the pendency of this action, tangible and intangible property within the District in the hands of Bank of America, Bank of New York, Citibank, HSBC Bank USA NA, J.P.Morgan Chase, Standard Chartered Bank, Siam Commercial Bank, Wachovia Bank N.A., Deutsche Bank AG, ABN AMRO Bank N.V., DBS Bank Ltd and/or other financial institutions found within the Southern District of New York.

       9.     The reason Plaintiff is moving or order of attachment rather than regular motion is the urgency of this matter.

       10.     No application for this or similar relief has been sought in this district.

WHEREFORE, Plaintiff respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendant IFCOC's tangible and intangible property within this district, including, inter alia, such property in the hands of Bank of America, Bank of New York, Citibank, HSBC Bank USA N.A., J.P.Morgan Chase, Standard Chartered Bank, Siam Commercial Bank, Wachovia Bank N.A, Deutsche Bank AG, ABN AMRO Bank N.V. and/or DBS Bank Ltd.

Edward A. Keane (EK 1398)

Sworn to before me this

13 day of June, 2007

Notary Public

JORGE RODRIGUEZ
NOTARY PUBLIC
State of New York No. 02RO6128023
Qualified in New York County
Term Expires 06/06/2009

- 4 -