UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHINIQIA INTERNATIONAL SHIPPING LLC,<br><br>Plaintiff,<br><br>-against-<br><br>ISARGOSTARAN FAJR CONTAINER COOPERATION CO. (IFCOC) a/k/a ISAAR GOSTARAAN FAJR, CONTAINER OPERATION COOPERATIVE CO.<br><br>Defendant. | 07 CV 5628 (SHS)<br><br>NOTICE OF DISMISSAL<br><br>PURSUANT TO<br><br>FED. R. CIV. P. 41(a)(1) |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses all claims against Defendant ISARGOSTARAN FAJR CONTAINER COOPERATION CO. (IFCOC) a/k/a ISAAR GOSTARAAN FAJR, CONTAINER OPERATION COOPERATIVE CO. Such dismissal is without prejudice and with leave to renew.

Dated: New York, NY

October 2, 2007

Respectfully submitted,

MAHONEY & KEANE, LLP.
Attorneys for Plaintiff
**PHINIQIA INTERNATIONAL SHIPPING LLC**

By: _____
Edward A. Keane, Esq. (EK 1398)
111 Broadway, 10th Floor
New York, NY 10006
Tel. (212) 385-1422
Fax (212) 385-1605
Our File No. 67/3404

SERVICE LIST

ISARGOSTARAN FAJR CONTAINER
COOPERATION CO. (IFCOC) a/k/a ISAAR
GOSTARAAN FAJR, CONTAINER
OPERATION COOPERATIVE CO.
Sanaa'i St. 6th Valley, No 41
Tehran, IR Iran

ISARGOSTARAN FAJR CONTAINER
COOPERATION CO. (IFCOC) a/k/a ISAAR
GOSTARAAN FAJR, CONTAINER
OPERATION COOPERATIVE CO.
Number 8 Malek Avenue, Second Floor,
Tehran, Iran.

ISARGOSTARAN FAJR CONTAINER
COOPERATION CO. (IFCOC) a/k/a ISAAR
GOSTARAAN FAJR, CONTAINER
OPERATION COOPERATIVE CO.
Kilometer 9 Saveh Road
Tehran, Iran.