UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHINIQIA INTERNATIONAL SHIPPING LLC,

    Plaintiff,

-against-

ISARGOSTARAN FAJR CONTAINER COOPERATION CO. (IFCOC) a/k/a ISAAR GOSTARAAN FAJR, CONTAINER OPERATION COOPERATIVE CO.

    Defendant.

---

07 CV 5628 (SHS)

NOTICE OF DISMISSAL

PURSUANT TO

FED. R. CIV. P. 41(a)(1)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses all claims against Defendant ISARGOSTARAN FAJR CONTAINER COOPERATION CO. (IFCOC) a/k/a ISAAR GOSTARAAN FAJR, CONTAINER OPERATION COOPERATIVE CO. Such dismissal is without prejudice and with leave to renew.

Dated: New York, NY
      October 2, 2007

Respectfully submitted,

MAHONEY & KEANE, LLP.
Attorneys for Plaintiff
**PHINIQIA INTERNATIONAL SHIPPING LLC**

By: _____
Edward A. Keane, Esq. (EK 1398)
111 Broadway, 10th Floor
New York, NY 10006
Tel. (212) 385-1422
Fax (212) 385-1605
Our File No. 67/3404

SO ORDERED 10/3/07

SIDNEY H. STEIN
U.S.D.J.

- 1 -

SERVICE LIST

ISARGOSTARAN FAJR CONTAINER COOPERATION CO. (IFCOC) a/k/a ISAAR GOSTARAAN FAJR, CONTAINER OPERATION COOPERATIVE CO.
Sanaa'i St. 6th Valley, No 41
Tehran, IR Iran

ISARGOSTARAN FAJR CONTAINER COOPERATION CO. (IFCOC) a/k/a ISAAR GOSTARAAN FAJR, CONTAINER OPERATION COOPERATIVE CO.
Number 8 Malek Avenue, Second Floor,
Tehran, Iran.

ISARGOSTARAN FAJR CONTAINER COOPERATION CO. (IFCOC) a/k/a ISAAR GOSTARAAN FAJR, CONTAINER OPERATION COOPERATIVE CO.
Kilometer 9 Saveh Road
Tehran, Iran.